923 A.2d 228

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES, PLAINTIFF–RESPONDENT, v.
N.M.S., DEFENDANT–APPELLANT.

IN THE MATTER OF THE GUARDIANSHIP OF L.F., MINOR.

May 25, 2007.

Given the interlocutory nature of a permanency proceeding and
the Division of Youth and Family Services' representation that it
is continuing to provide services to N.M.S. and work with her
toward reunification with L.F.;

And the Court having determined that in light of the foregoing,
certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.